# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CANTEL MEDICAL CORP., CHARLES M. DIKER, GEORGE L. FOTIADES, ALAN R. BATKIN, ANN E. BERMAN, MARK N. DIKER, ANTHONY B. EVNIN, LAURA FORESE, RONNIE MYERS, PETER PRONOVOST, and KAREN N. PRANGE,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00522-LPS<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 6, 2021

**LONG LAW, LLC**

By: _/s/Brian D. Long_
　　Brian D. Long (#4347)
　　3828 Kennett Pike, Suite 208
　　Wilmington, DE 19807
　　Telephone: (302) 729-9100
　　Email: BDLong@longlawde.com

*Attorneys for Plaintiff*